UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-409-T-33JSS

JAMES ROBERT GREGG, JR.
_____/

**ORDER**

This matter is before the Court upon consideration of the Report and Recommendation of the Honorable Julie S. Sneed, United States Magistrate Judge (Doc. # 56), which was filed on December 14, 2017, pursuant to an evidentiary hearing held November 20, 2017. Judge Sneed recommends that Gregg's Motion to Suppress Evidence (Doc. # 35) be denied. Gregg filed an Objection to the Report and Recommendation (Doc. # 72) on January 11, 2018, to which the United States responded (Doc. # 79) on January 25, 2018. Upon due consideration, the Court overrules Gregg's Objection and adopts the Report and Recommendation.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v.

Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court overrules the filed Objection and adopts the Report and Recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 56) is **ACCEPTED** and **ADOPTED.**

(2) Gregg's Objection (Doc. # 72) is **OVERRULED**.

(3) Gregg's Motion to Suppress Evidence (Doc. # 35) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 29th day of January, 2018.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE